Case 4:21-cr-00350   Document 26   Filed on 06/23/21 in TXSD   Page 1 of 9

United States Courts
Southern District of Texas
**FILED**
*June 23, 2021*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| vs. | § § | CRIMINAL NO. **4:21cr350** |
| (1) CLARENCE CHRISTOPHER CHAMBERS<br>  aka Chris aka Crazzi Chris,<br>(2) JERRECK MICHAEL HILLIARD<br>  aka JMoney<br>(3) VANESSA FERNANDE SILLABI<br>  aka Chocolate,<br>(4) DAMARQUIS MCGEE<br>  aka Blue aka Lilblue,<br>(5) JAVON YAW OPOKU<br>  aka Glizzy, and<br>(6) ANDRES SERRANO PORTILLO<br>  aka Andro aka Huncho | § § § § § § § § § § § § § | **Sealed**<br>Public and unofficial staff access to this instrument are prohibited by court order |

**INDICTMENT**

THE GRAND JURY CHARGES THAT:

**INTRODUCTION**

1. The Defendants, along with others known and unknown to the Grand Jury, worked together to recruit young teenage girls and forced them to engage in commercial sex acts for their financial benefit.

2. The Defendants worked together to recruit, entice, harbor, transport, provide, obtain, and maintain minor girls for the purpose of having them engage in commercial sex in various places, including motels.

3. The Defendants recruited minor victims, sometimes competing for the same young minor teenage girls. When a minor girl wished to leave one pimp, the girl had a choice of paying an "exit fee" or getting beaten. It was common for the minor victims to switch between pimps who were operating in and around the same vicinity, as the Defendants did.

4. With assistance from one another, the Defendants recruited and trafficked minor teenage girls primarily along the "Bissonnet Track" or "the Blade," an area between West Sam Houston Parkway and 59 South in the Houston, Texas area, and occasionally other areas.

5. Generally, the Defendants had their designated areas on the Blade. They respected each other's "territories," where the minor victims were permitted to walk and solicit customers for sex. Although the Defendants had their respective designated areas on the Blade, they all shared a common objective—to profit from minor girls engaging in commercial sex.

6. The Defendants worked hand in hand to create a climate of fear and ensure compliance from their victims. For example, if a young girl did not meet her required daily quota of money from sex acts, a Defendant would physically assault her in front of other victims to send a message that such behavior would be punished.

## COUNT 1
(Sex Trafficking Conspiracy)
18 U.S.C. § 1594

7. The Grand Jury re-alleges and incorporates by reference as if fully stated herein paragraphs 1 through 6 of this Indictment.

8. From in or about June 2019, through in or about May 2020, in the Houston Division of the Southern District of Texas and elsewhere, Defendants

**(1) CLARENCE CHRISTOPHER CHAMBERS aka Chris aka Crazzi Chris,
(2) JERRECK MICHAEL HILLIARD aka JMoney,
(3) VANESSA FERNANDE SILLABI aka Chocolate
(4) DAMARQUIS McGEE aka Blue aka Lilblue,
(5) JAVON YAW OPOKU aka Glizzy, and
(6) ANDRES SERRANO PORTILLO aka Andro aka Huncho**

did knowingly and intentionally conspire with each other and others known and unknown to the Grand Jury, to knowingly recruit, entice harbor, transport, provide, obtain, and maintain one or more persons, in and affecting interstate and foreign commerce, (1) knowing and in reckless

disregard of the fact, and having had a reasonable opportunity to observe that such persons had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2) knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and a combination of such means, would be used to cause such persons to engage in one or more commercial sex acts, in violation of 18 U.S.C. §§ 1594 and 1591(a)(1), (b)(1), (b)(2), and (c).

<u>**COUNT 2**</u>
(Sex Trafficking of Minor Victim 1 from July 2019 to February 2020)
18 U.S.C. § 1591

9. The Grand Jury re-alleges and incorporates by reference as if fully stated herein paragraphs 1 through 6 of this Indictment.

10. From in or about July 2019, through in or about February 2020, in the Houston Division of the Southern District of Texas and elsewhere, Defendant

**(4) DAMARQUIS McGEE aka Blue aka Lilblue**

did knowingly recruit, entice harbor, transport, provide, obtain, and maintain MV1, in and affecting interstate and foreign commerce, (1) knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe that MV1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2) knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and a combination of such means, would be used to cause MV1 to engage in one or more commercial sex acts, in violation of 18 U.S.C. § 1591(a)(1), (b)(1), (b)(2), and (c).

<u>**COUNT 3**</u>
(Sex Trafficking of Minor Victim 2 from July 2019 to September 2019)
18 U.S.C. § 1591

11. The Grand Jury re-alleges and incorporates by reference as if fully stated herein paragraphs 1 through 6 of this Indictment.

3

12. From in or about July 2019, through in or about September 2019, in the Houston Division of the Southern District of Texas and elsewhere, Defendant

**(4) DAMARQUIS McGEE aka Blue aka Lilblue**

did knowingly recruit, entice harbor, transport, provide, obtain, and maintain MV2, in and affecting interstate and foreign commerce, (1) knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe that MV2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2) knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and a combination of such means, would be used to cause MV2 to engage in one or more commercial sex acts, in violation of 18 U.S.C. § 1591(a)(1), (b)(1), (b)(2), and (c).

### COUNT 4
(Sex Trafficking of Minor Victim 3 from July 2019 to December 2019)
18 U.S.C. § 1591

13. The Grand Jury re-alleges and incorporates by reference as if fully stated herein paragraphs 1 through 6 of this Indictment.

14. From on or about July 2019, through in or about December 2019, in the Houston Division of the Southern District of Texas and elsewhere, Defendant

**(4) DAMARQUIS McGEE aka Blue aka Lilblue**

did knowingly recruit, entice harbor, transport, provide, obtain, and maintain MV3, in and affecting interstate and foreign commerce, (1) knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe that MV3 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2) knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and a combination of such means, would be used to cause MV3 to engage in one or more commercial sex acts, in violation of 18 U.S.C. § 1591(a)(1),

(b)(1), (b)(2), and (c).

## COUNT 5
(Sex Trafficking of Minor Victim 2 from July 2019 to September 2019)
18 U.S.C. § 1591

15. The Grand Jury re-alleges and incorporates by reference as if fully stated herein paragraphs 1 through 6 of this Indictment.

16. From in or about July 2019, through on or about September 2019, within the Southern District of Texas and elsewhere, Defendant

**(1) CLARENCE CHRISTOPHER CHAMBERS aka Chris aka Crazzi Chris**

did knowingly recruit, entice harbor, transport, provide, obtain, and maintain MV2, in and affecting interstate and foreign commerce, (1) knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe that MV2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2) knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and a combination of such means, would be used to cause MV2 to engage in one or more commercial sex acts, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(1), (b)(2), and (c) and 2.

## COUNT 6
(Sex Trafficking of Minor Victim 1 in September 2019)
18 U.S.C. § 1591

17. The Grand Jury re-alleges and incorporates by reference as if fully stated herein paragraphs 1 through 6 of this Indictment.

18. In on or about September 2019, within the Southern District of Texas and elsewhere, Defendant

**(1) CLARENCE CHRISTOPHER CHAMBERS aka Chris aka Crazzi Chris**

did knowingly recruit, entice harbor, transport, provide, obtain, and maintain MV1, in and

affecting interstate and foreign commerce, (1) knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe that MV1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2) knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and a combination of such means, would be used to cause MV1 to engage in one or more commercial sex acts, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(1), (b)(2), and (c) and 2.

## COUNT 7
(Sex Trafficking of Minor Victim 2 in October 2019)
18 U.S.C. §§ 1591 and 2

19. The Grand Jury re-alleges and incorporates by reference as if fully stated herein paragraphs 1 through 6 of this Indictment.

20. In on or about October 2019, within the Southern District of Texas and elsewhere, Defendants

**(4) DAMARQUIS McGEE aka Blue aka Lilblue and
(5) JAVON YAW OPOKU aka Glizzy**

did knowingly recruit, entice harbor, transport, provide, obtain, and maintain MV2, in and affecting interstate and foreign commerce, (1) knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe that MV2 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2) knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and a combination of such means, would be used to cause MV2 to engage in one or more commercial sex acts, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(1), (b)(2), and (c) and 2.

## COUNT 8
(Sex Trafficking of Minor Victim 4 in October 2019)
18 U.S.C. §§ 1591 and 2

21. The Grand Jury re-alleges and incorporates by reference as if fully stated herein

paragraphs 1 through 6 of this Indictment.

22. In or about October 2019, within the Southern District of Texas and elsewhere, the Defendants

**(4) DAMARQUIS McGEE aka Blue aka Lilblue and
(6) ANDRES SERRANO PORTILLO aka Andro aka Huncho**

did knowingly recruit, entice harbor, transport, provide, obtain, and maintain MV4, in and affecting interstate and foreign commerce, (1) knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe that MV4 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2) knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and a combination of such means, would be used to cause MV4 to engage in one or more commercial sex acts, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(1), (b)(2), and (c) and 2.

## COUNT 9
(Sex Trafficking of Minor Victim 1 in May 2020)
18 U.S.C. § 1591 and 2

23. The Grand Jury re-alleges and incorporates by reference as if fully stated herein paragraphs 1 through 6 of this Indictment.

24. In or about May 2020, in the Houston Division of the Southern District of Texas and elsewhere, Defendants

**(2) JERRECK MICHAEL HILLIARD aka JMoney, and
(3) VANESSA FERNANDE SILLABI aka Chocolate**

did knowingly recruit, entice harbor, transport, provide, obtain, and maintain MV1, in and affecting interstate and foreign commerce, (1) knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe that MV1 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2) knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and a combination of such means, would be used

to cause MV1 to engage in one or more commercial sex acts, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(1), (b)(2), and (c) and 2.

## COUNT 10
(Sex Trafficking of Minor Victim 5 in May 2020)
18 U.S.C. § 1591 and 2

25. The Grand Jury re-alleges and incorporates by reference as if fully stated herein paragraphs 1 through 6 of this Indictment.

26. In or about May 2020, in the Houston Division of the Southern District of Texas and elsewhere, Defendants

**(2) JERRECK MICHAEL HILLIARD aka JMoney, and
(3) VANESSA FERNANDE SILLABI aka Chocolate**

did knowingly recruit, entice harbor, transport, provide, obtain, and maintain MV5, in and affecting interstate and foreign commerce, (1) knowing and in reckless disregard of the fact, and having had a reasonable opportunity to observe that MV5 had not attained the age of 18 years and would be caused to engage in a commercial sex act, and (2) knowing and in reckless disregard of the fact that means of force, fraud, and coercion, and a combination of such means, would be used to cause MV5 to engage in one or more commercial sex acts, in violation of 18 U.S.C. §§ 1591(a)(1), (b)(1), (b)(2), and (c) and 2.

## NOTICE OF FORFEITURE

27. Pursuant to 18 U.S.C. § 1594(d), the United States gives notice to Defendants,

**(1) CLARENCE CHRISTOPHER CHAMBERS aka Chris aka Crazzi Chris,
(2) JERRECK MICHAEL HILLIARD aka JMoney,
(3) VANESSA FERNANDE SILLABI aka Chocolate
(4) DAMARQUIS McGEE aka Blue aka Lilblue,
(5) JAVON YAW OPOKU aka Glizzy, and
(6) ANDRES SERRANO PORTILLO aka Andro aka Huncho**

that upon their conviction of any of Counts 1 through 10, the United States intends to seek forfeiture of:

(A) all property, real or personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of such violation, and any property traceable to such property; and

(B) all property, real or personal, that constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such violation, or any property traceable to such property.

### MONEY JUDGMENT AND SUBSTITUTE ASSETS

The United States intends to seek the imposition of a money judgment against each Defendant. Defendants are notified that in the event that one or more conditions listed in 21 U.S.C. § 853(p) exists, the United States will seek to forfeit any other property of each Defendant up to the amount of the money judgment against that Defendant.

TRUE BILL:

**Original Signature on File**
_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: _____
Richard W. Bennett
Eun Kate Suh
Assistant United States Attorneys

9